**FILED**
**OCT 20 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLINTON T. ELDRIDGE,

    Petitioner,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Respondents.

Case: 1:16-mc-02169
Assigned To : Unassigned
Assign. Date : 10/20/2016
Description: Miscellaneous

## MEMORANDUM AND ORDER

Pursuant to the Prison Litigation Reform Act ("PLRA"), unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006). Because the petitioner has accumulated at least three strikes, *see Eldridge v. Tucker*, No. 99-0061 (D.D.C. June 6, 2000), and because he does not allege that he is under imminent danger of serious physical injury, his application to proceed *in forma pauperis* must be denied.

It is hereby

ORDERED that the petitioner's application to proceed *in forma pauperis* is DENIED. It is further

ORDERED that this miscellaneous action is DISMISSED.

SO ORDERED.

DATE: 10/14/2016

_____
United States District Judge